EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Jorge Luis Cajigas Morales<br><br>    Peticionario<br><br>        v.<br><br>Programa de Educación Jurídica Continua<br><br>    Recurrido | 2017 TSPR 198<br><br>198 DPR ____ |

Número del Caso: CC-2016-377


Fecha: 7 de diciembre de 2017


Abogados de la parte Peticionaria:

        Por derecho propio



Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez
        Director




Materia: Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Jorge Luis Cajigas Morales

    Peticionario

      v.                    CC-2016-0377

Programa de Educación Jurídica
Continua

    Recurrido

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de diciembre de 2017.

Luego de examinar detenidamente los alegatos de las partes, así como el expediente del caso, se anula el auto y se deniega la *Petición de certiorari* que presentó la parte peticionaria.

En el caso de epígrafe, el Lcdo. Jorge Luis Cajigas Morales recurrió ante nos porque el Programa de Educación Jurídica Continua se negó a acreditarle los servicios prestados de oficio en un caso civil sobre cobro de dinero al amparo del *Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal.*

El *Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal*, que está vigente en este momento, solo permite solicitar acreditación por horas trabajadas de oficio en procedimientos de naturaleza penal. Véase <u>Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal</u>, 173 DPR 653 (2008).

El 2 de junio de 2017 aprobamos un nuevo *Reglamento de Educación Jurídica Continua* (Reglamento del PEJC), el cual dispone en la Regla 36 que "[l]os y las profesionales del Derecho que ofrezcan

servicios como resultado de una asignación de oficio del tribunal en procedimientos de naturaleza civil o penal podrán recibir acreditación cuando presenten su solicitud con la certificación emitida por el tribunal". Véase In re Aprobación del Reglamento del Programa de Educación Jurídica Continua, 2017 TSPR 91, 198 DPR ___ (2017). Sin embargo, se aclara que dicha regla solo aplicará a los casos civiles y penales asignados de oficio a partir del 2 de junio de 2017.

    Publíquese.

    Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Juan Ernesto Dávila Rivera
                                  Secretario del Tribunal Supremo